**Order entered May 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01118-CR

**DAVID ALLEN FRONEK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-14-66**

## ORDER

The State has filed a May 27, 2015 second motion for extension of time to file its brief.

Because the State did not tender a brief with the motion, the State's second motion for extension

is **DENIED**.

We **ORDER** the State to file its brief on or before **June 26, 2015**. If the State does not

comply with this order, the appeal will be submitted without the State's brief.

/s/      LANA MYERS
JUSTICE